# IN THE SUPREME COURT OF THE STATE OF NEVADA

ALEXANDER ANDERSON,
Appellant,
vs.
ZELALEM TESFAY,
Respondent.

No. 76495

FILED

AUG 27 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was docketed in this court on July 26, 2018, without payment of the requisite filing fee. On that same day a notice was issued directing appellant to pay the filing fee within ten days. The notice further advised that failure to pay the filing fee within ten days would result in the dismissal of this appeal. On August 9, 2018, the notice was returned by the United States Postal Service as not deliverable and unable to forward. To date, appellant has not paid the filing fee or contacted the court to update his mailing address. Accordingly, cause appearing, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _Elizabeth A. B___

cc: Hon. Richard Scotti, District Judge
Alexander Anderson
Zelalem Tesfay
Eighth District Court Clerk

18-33234